IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br><br>*Plaintiffs*,<br><br>v.<br><br>VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.),<br><br>*Defendant*. | Civil Action No. 9:13-cv-80570-KMM<br><br>JURY TRIAL DEMANDED |

### NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS

Pursuant to Local Rule 3.8, Plaintiffs Zenith Electronics LLC ("Zenith"), Panasonic Corporation ("Panasonic"), U.S. Philips Corporation ("Philips"), and The Trustees of Columbia University in the City of New York ("Columbia University") (together, "Plaintiffs"), by their undersigned attorneys, hereby file this Notice of Pending, Refiled, Related or Similar Actions.

For the reasons stated below, Plaintiffs respectfully submit that this action (the "*ViewSonic* Action") should be deemed related to two other actions currently pending in this district: 1) *Zenith Electronics LLC, et al. v. Curtis International Ltd.*, Case No. 9:13-cv-80568-KLR (S.D. Fla.) (the "*Curtis* Action"), and 2) *Zenith Electronics LLC, et al. v. Craig Electronics Inc.*, Case No. 9:13-cv-80567-KLR (S.D. Fla.) (the "*Craig* Action"), both pending before the Honorable Kenneth L. Ryskamp.

1. This is a patent infringement action filed by Plaintiffs on June 4, 2013. [*ViewSonic* Action, D.E. 1]

2. This action, the *Curtis* Action, and the *Craig* Action are related for at least the following reasons:

    a. <u>The actions involve the same plaintiffs and the same patents</u>. In all three cases, the same plaintiffs are asserting the same patents against technology using the same FCC-required standard. Specifically, plaintiff Zenith is asserting U.S. Patent No. 5,802,107 ("Symbol Rotator") and U.S. Patent No. 5,629,958 ("Data Frame Structure and Synchronization System for Digital Television Signal"); plaintiff Panasonic is asserting U.S. Patent No. Reissue 42,643 ("Communication System"); plaintiff Philips is asserting U.S. Patent No. 5,684,541 ("Transmitter Station for Transmitting a Plurality of Television Programs, and Receiver for Receiving the Programs"); and plaintiff Columbia is asserting U.S. Patent No. 8,115,873 ("Object-Based Audio-Visual Terminal and Bitstream Structure") (together, "Patents-in-Suit"). [*Craig* Action, D.E. 1 ¶¶ 10-14; *ViewSonic* Action, D.E. 1 ¶¶ 10-14; *Curtis* Action, D.E. 1 ¶¶ 10-14]

    b. <u>The basis for infringement is the same as to each defendant in the three related cases</u>. All of the patents concern technology standards developed by the Advanced Television Systems Committee, Inc. ("ATSC"), and adopted by the Federal Communications Commission, for the reception, decoding and presenting of digital television ("DTV") in the United States, as well as closed captioning information. [*Craig* Action, D.E. 1 ¶¶ 15-16; *ViewSonic* Action, D.E. 1 ¶¶ 15-16; *Curtis* Action, D.E. 1 ¶¶ 15-16]. Based upon available information, each defendant makes and sells television sets that are compliant with these ATSC standards. Plaintiffs allege that all of the accused products infringe the Patents-in-Suit because they comply with the ATSC standards. [*See, e.g.*, *Craig* Action, D.E. 1 ¶¶ 17-18; *ViewSonic* Action, D.E. 1 ¶¶ 17-18; *Curtis* Action, D.E. 1 ¶¶ 17-18] Thus, in proving their infringement claims in each of the three lawsuits, Plaintiffs will draw upon similar, overlapping evidence. Because each defendant makes

and sells television sets that are compliant with the ATSC standard, their televisions sets also share the same relevant functionality: the ability to receive, decode and present DTV signals, as well as any closed captioning information that is delivered in the DTV signal, using the ATSC standard. Therefore, in these relevant respects, the products are similar.

Accordingly, pursuant to Local Rule 3.8, and for the reasons stated above, Plaintiffs respectfully submit that this action should be deemed related to the *Curtis* Action, captioned *Zenith Electronics LLC, et al.* v. *Curtis International Ltd.*, Case No. 9:13-cv-80568-KLR (S.D. Fla.); and the *Craig* Action, captioned *Zenith Electronics LLC, et al. v. Craig Electronics Inc.*, Case No. 9:13-cv-80567-KLR (S.D. Fla.).

Dated:  June 7, 2013

Respectfully submitted,

PROSKAUER ROSE LLP
2255 Glades Road, Suite 421 Atrium
Boca Raton, FL 33431
Telephone: (561) 241-7400
Facsimile:  (561) 241-7145

/s/ Matthew Triggs
Matthew Triggs
Florida Bar No. 0865745
mtriggs@proskauer.com

PROSKAUER ROSE LLP
Steven M. Bauer*
Justin J. Daniels*
One International Place
Boston, MA 02110
(617) 526-9600

*pro hac admission to be sought*

*Attorneys for Plaintiffs*

3

## Certificate of Service

  I hereby certify that a true and correct copy of the foregoing will be served in hand with the Complaint and all accompanying case initiating documents, on the Registered Agent for the party of record at the address below.

                    /s/ Matthew Triggs

**SERVICE LIST**
ViewSonic Corporation (alternatively named ViewSonic Display Co.)
CT Corporation System/Registered Agent
1200 South Pine Island Road
Plantation, Florida 33324