# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 9:13-CV-80570-KMM


JVS2013003730

Plaintiff:
**ZENITH ELECTRONICS LLC, ET AL**

vs.

Defendant:
**VIEWSONIC CORPORATION (ALTERNATIVELY NAMED VIEWSONIC DISPLAY CO.)**

For:
Matthew Triggs
Proskauer Rose LLP
2255 Glades Road
Ste - 421 Atrium
Boca Raton, FL 33431

Received by COMPASS INVESTIGATIONS on the 10th day of June, 2013 at 1:24 pm to be served on **VIEWSONIC CORPORATION (ALTERNATIVELY NAMED VIEWSONIC DISPLAY CO.) CT CORPORATION SYSTEM/REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.**

I, John Van Steenkiste, do hereby affirm that on the **10th day of June, 2013 at 2:42 pm, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS; COMPLAINT WITH EXHIBITS; PLAINTIFF THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF PANASONIC CORPORATIONS CORPORATE DISCLOSURE STATEMENT; PLAINTIFF U.S. PHILIPS CORPORATION'S CORPORATE DISCLOSURE STATEMENT; PLAINTIFF ZENITH ELECTRONICS LLC'S CORPORATE DISCLOSURE STATEMENT; PATENT PRETRIAL ORDER; NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS; ORDER TRANSFERRING CASE TO PATENT PILOT; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; PAPERLESS ORDER REFERRING PRETRIAL DISCOVERY MATTERS TO MAGISTRATE JUDGE EDWIN G. TORRES PURSUANT TO 28 U.S.C. 636-DOCKET NUMBER 11; PAPERLESS PRETRIAL ORDER-DOCKET NUMBER 10** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH (a white female, 5'4", 130lbs, brown hair not wearing glasses)** as **SR. PROCESS CLERK OF CT CORPORATION SYSTEM** at **1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324** for the aforementioned company. Affiant informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

No Notary Required pursuant to F.S. 92.525(2).

John Van Steenkiste
SPS #781

COMPASS INVESTIGATIONS
10 South New River Drive, East
Suite 205
Fort Lauderdale, FL 33301
(954) 527-5722
Our Job Serial Number: JVS-2013003730

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m