UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK<br>*Plaintiffs*,<br>v.<br>CRAIG ELECTRONICS INC.,<br>*Defendant.* | Case No. 13-80567-CV-DMM |
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br>*Plaintiffs*,<br>v.<br>CURTIS INTERNATIONAL LTD.,<br>*Defendant.* | Case No. 13-80568-CV-DMM |
| ZENITH ELECTRONICS LLC, PANASONIC CORPORATION, U.S. PHILIPS CORPORATION, and THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK,<br>*Plaintiffs*,<br>v.<br>VIEWSONIC CORPORATION (alternatively named VIEWSONIC DISPLAY CO.),<br>*Defendant.* | Case No. 13-80570-CV-DMM |

## ORDER DESIGNATING LEAD CASE

THIS CAUSE comes before the Court upon Joint Stipulation by the Parties Regarding Designation of Lead Case (DE 34) ("Joint Stipulation") filed on October 3, 2013. The Court consolidated the above-captioned cases for pretrial purposes only in its September 20, 2013 Joint

Pretrial Scheduling Order. (DE 33). Pursuant to the Parties' Joint Stipulation, and in the interest of judicial economy, it is hereby

**ORDERED AND ADJUDGED** that

1. Case No. 9:13-cv-80567-DMM shall serve as the lead case in these actions consolidated for pretrial purposes only;

2. The Clerk of Court shall **CLOSE** Case Nos. 9:13-cv-80568-DMM and 9:13-cv-80570-DMM *for administrative purposes only*;

3. The Clerk of Court shall add all consolidated Defendants and their attorneys to the lead case, Case No. 9:13-cv-80567-DMM;

4. All attorneys admitted *pro hac vice* in one of the above-styled cases shall be deemed admitted in Civil Action No. 9:13-cv-80567-DMM;

5. This Order is without prejudice to any motion to transfer filed or to be filed by any Defendant.

6. The parties shall file in Civil Action No. 9:13-cv-80567-DMM with the case number "Civil Action No. 9:13-cv-80567-DMM (consolidated for pretrial)." Each filing should indicate in the caption whether the filing applies to all consolidated cases or only as to specific cases;

7. All filings in Civil Action No. 9:13-cv-80567-DMM shall be deemed included in the record for each of the individual cases.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 16 day of October, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record